UNITED STATE DISCTRICT COURT

DISTRICT OF NEVADA

★ ★ ★ ★ ★

ALAIN KEVIN FINEGAN,

        Plaintiff,

vs.

KAREN FONTAINE, and TRUCKEE MEADOWS COMMUNITY COLLEGE,

        Defendants.
_____/

Case No.:  3:08-CV-00540-LRH-VPC

## STIPULATION AND ORDER TO VACATE HEARING

The Plaintiff, by his attorney, Jeff Blanck, and the Defendants, by their attorney John Albrecht, General Counsel for the Truckee Meadows Community College, hereby stipulate to vacate the hearing set for November 17, 2008, at 3:00 p.m. on the Plaintiff's motion for a preliminary injunction. The parties are actively negotiating a settlement of this matter.

Dated this ___7___ day of November, 2008.

_____
Jeffrey Blanck
*Attorney for the Plaintiff*

1

Dated this 6th day of November, 2008.

/S/ _____
John Albrecht
*Attorney for the Defendants*

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  November 10, 2008

2